**UNITED STATES of America,**
**Plaintiff – Appellee,**

v.

**Mario Antonio PINEDA-BOJORQUEZ,**
**Also Known as Angel Bautista,**
**Defendant – Appellant.**

**No. 16-41541**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed August 17, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Mario Antonio Pineda-Bojorquez, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mario Pineda-Bojorquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. Cali-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pineda-Bojorquez has not filed a response.

We have reviewed counsel's brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.